**99–386.   State ex rel. Koblitz v. Fuerst.**

In Mandamus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–387.   State ex rel. Abelt v. Eighth Dist. Court of Appeals.**

In Procedendo.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents and would grant the writ.

**99–540.   Hart v. Wilkerson.**

In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

**99–560.   Davis v. Ohio Adult Parole Auth.**

In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–594.   Montecalvo v. Montecalvo.**

Trumbull App. No. 98–T–0175.  On review of order certifying a conflict.  The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B).  This cause is therefore dismissed.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.